**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01056-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MARK L. PITTMAN,

    Plaintiff,

v.

STERLING CORRECTIONAL FACILITY,
SAN CARLOS CORRECTIONAL FACILITY,
DEPT. OF CORRECTIONS, and
STATE OF COLORADO,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff, Mark L. Pittman, is in the custody of the Colorado Department of Corrections (DOC) and currently is housed at the San Carlos Correctional Facility in Pueblo, Colorado.  Plaintiff, acting *pro se*, initiated this action by filing a Prisoner Complaint.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  ___   is not submitted
(2)  ___   is missing affidavit
(3)  _X_   is missing **certified copy** of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___   is missing certificate showing current balance in prison account
(5)  ___   is missing required financial information
(6)  ___   is missing an original signature by the prisoner
(7)  ___   is not on proper form (must use the court's current form for filing prisoner complaints)
(8)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___   An original and a copy have not been received by the court. Only an original has been received.
(10) ___   other:

**Complaint, Petition or Application**:
(11) ___   is not submitted
(12) ___   is not on proper form (must use the court's current form)
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos. ___
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   An original and a copy have not been received by the court. Only an original has been received.
(17) ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___   names in caption do not match names in text
(19) ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice. It is

FURTHER ORDERED that Motion for Appointment of Counsel, Doc. No. 2, is denied as premature.

DATED: April 23, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge