**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01056-BNB

MARK L. PITTMAN,

    Plaintiff,

v.

STERLING CORRECTIONAL FACILITY,
SAN CARLOS CORRECTIONAL FACILITY,
DEPT. OF CORRECTIONS, and
STATE OF COLORADO,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Pursuant to the April 23, 2012 Order to Cure Deficiency, Plaintiff has submitted a trust fund account statement. Nonetheless, the account statement is not certified by an appropriate officer of the penal institution where she is confined. The April 23 Order directed Plaintiff to submit a certified trust fund account statement. Also, on Page Two of the 28 U.S.C. § 1915 Motion and Affidavit form Plaintiff is instructed to have an appropriate officer of the penal institution where she is confined certify the account statement.

    Plaintiff shall have twenty-one days from the date of this Minute Order to provide to the Court a **certified** trust fund account statement. If Plaintiff fails to submit the **certified** trust fund account statement **within the time allowed** the action will be dismissed without further notice.

Dated: May 8, 2012